**KATSKY KORINS LLP**                                    **Hearing Date:** July 28, 2026
605 Third Avenue                                                        At: 10:00 a.m.
New York, New York 10158                          **Response Deadline:**
Tel: (212) 953-6000                                            July 21, 2026
Steven H. Newman, Esq.                                        At 4:00 p.m.
Robert A. Abrams, Esq.
snewman@katskykorins.com
rabrams@katskykorins.com

*Attorneys for Michelle Haruvi*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

In re                                                                      Chapter 11

        SIMRY REALTY CORP,                          Case No.: 26-11409 (PB)

                Debtor.
-------------------------------------------------------------------------x


**NOTICE OF MOTION BY MICHELLE HARUVI FOR AN ORDER (I) DISMISSING
BANKRUPTCY CASE PURSUANT 11 U.S.C. § 1112(b)(1),
AND (II) GRANTING RELATED RELIEF**


     **PLEASE TAKE NOTICE** that Michelle Haruvi, by her attorneys, Katsky Korins LLP,

will move this Court before the Honorable Philip Bentley, United States Bankruptcy Judge, at

the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton

Custom House, One Bowling Green, New York, New York, on July 28, 2026 at 10:00 a.m., or as

soon thereafter as counsel may be heard (the "**Hearing**"), for the entry of an order (i) dismissing

the bankruptcy case of Simry Realty Corp. (the "**Debtor**") pursuant to 11 U.S.C. § 1112(b)(1),

and (ii) granting related relief (the "**Motion**").

     **PLEASE TAKE FURTHER NOTICE**, that the Hearing will be conducted via Zoom

for Government. Parties wishing to participate at the Hearing (whether "live" or "listen only")

1

must make an electronic appearance through the "eCourt Appearances" tab on the Court's website

(https://www.nysb.uscourts.gov/ecourt-appearances) no later one business day (by 4:00 p.m.)

prior to the Hearing. Further information on Judge Bentley's telephonic hearing procedures are in

the Court's Chambers' Rules at https://www.nysb.uscourts.gov/content/judge-philip-bentley.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the relief

requested in the Motion (an "**Objection**") must be made in accordance with the Bankruptcy

Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of the United States

Bankruptcy Court for the Southern District of New York, and, in a writing that sets forth the

basis for such objection. Any such Objection must be filed electronically with the Court on the

Court's electronic case filing system in accordance with and except as provided in General Order

M-399 (a copy of which may be viewed on this Court's website at www.nysb.uscourts.gov) and

the Court's procedures for the filing, signing and verification of documents by electronic means,

and served upon: (i) Katsky Korins LLP, Attention, Steven H. Newman, Esq., 605 Third

Avenue, New York, New York 10158, (ii) the Office of the United States Trustee for the

Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Suite

534, New York, New York 10004, (iii) all other parties entitled to notice including parties who

have filed a notice of appearance and demand for notice, and (iv) the Chambers of the Honorable

Philip Bentley, United States Bankruptcy Judge, United States Bankruptcy Court for the

Southern District of New York, One Bowling Green, New York, New York 10004, in

accordance with Judge Bentley's Chambers' Rules, so as to be actually received by July 21,

2026, 4:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion on which this Notice

of Motion is based, including the Declaration of Joanna A. Diakos, together with its exhibits, and

the Memorandum of Law in Support of the Motion, may be obtained upon written request of counsel for Michelle Haruvi at the address specified below. The Declaration of Joanna A. Diakos, together with its exhibits, and the Memorandum of Law in Support of the Motion, are also on file with the Clerk of the Court and available for inspection, for a fee, at https://www.pacer.gov (account required).

**PLEASE TAKE FURTHER NOTICE** that only those Objections that are timely filed, served, and received will be considered at the Hearing. Failure to file a timely Objection may result in entry of a final order granting the Motion as requested without further notice. Parties who timely file Objections are required to attend the Hearing and failure to attend as set forth above may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without further notice other than oral announcement at the Hearing(s) or written posting on the Court's calendar for said date, and/or written entry on the Court's ECF docket.

Dated:  New York, New York
        July 7, 2026

**KATSKY KORINS LLP**

By: /s/ Steven H. Newman
Steven H. Newman, Esq.
Robert A. Abrams, Esq.
605 Third Avenue
New York, New York 10158
Tel: (212) 953-6000
snewman@katskykorins.com
rabrams@katskykorins.com

*Attorneys for Michelle Haruvi*

3