**KATSKY KORINS LLP**                                    **Hearing Date:** July 28, 2026
605 Third Avenue                                                          At:10:00 a.m.
New York, New York 10158                     **Response Deadline:**
Tel: (212) 953-6000                                               July 21, 2026
Steven H. Newman, Esq.                                     At 4:00 p.m.
Robert A. Abrams, Esq.
snewman@katskykorins.com
rabrams@katskykorins.com

*Attorneys for Michelle Haruvi*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

In re                                                                          Chapter 11

        SIMRY REALTY CORP,

                  Debtor.                          Case No.: 26-11409 (PB)

---------------------------------------------------------------------------x

MICHELLE HARUVI, suing individually and derivatively
on behalf of Simry Realty Corp.,

               Plaintiff,

      -against-
                                                                               Adv. Pro. No.: 26-01059 (PB)
PETER HUNGERFORD, PH REALTY NY HOLDINGS
LLC, ARTHUR HARUVI, ABRAHAM HARUVI,
AILEEN HARUVI, GARY PHILLIPS, SHAI SEGEV,
315W54 OWNER LLC, 311W54 OWNER LLC, 309W54
OWNER LLC,  313W54 OWNER LLC, 38W75 OWNER
LLC, 244W74 OWNER LLC, 54W75 OWNER LLC, FS
CREIT FINANCE HOLDINGS LLC, and JOHN AND
JANE DOES 1-10,
         -and-

SIMRY REALTY CORP.,

            Nominal Defendant.

---------------------------------------------------------------------------x

ABRAHAM HARUVI,

           Third-Party Plaintiff,

      -against-

JADE VENTURE PARTNERS LLC,

           Third-Party Defendant.

---------------------------------------------------------------------------x

1

**NOTICE OF MOTION BY MICHELLE HARUVI FOR AN ORDER: (I) PURSUANT TO 28 U.S.C. §§ 1334(c)(1), 1334(c)(2), AND 1452(b) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027(d), ABSTAINING FROM HEARING AND REMANDING ADVERSARY PROCEEDING; (II) PURSUANT TO 11 U.S.C. §362(d)(1), GRANTING RELIEF FROM THE AUTOMATIC STAY, AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that Michelle Haruvi ("**Michelle**"), by her attorneys, Katsky Korins LLP, will move this Court before the Honorable Philip Bentley, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York, on July 28, 2026 at 10:00 a.m., or as soon thereafter as counsel may be heard (the "**Hearing**"), for the entry of an order (i) pursuant to 28 U.S.C. §§ 1334(c)(1), 1334(c)(2), and 1452(b), and Fed. R. Bankr. P. 9027(d), abstaining from hearing the derivative action styled *Michelle Haruvi v. Peter Hungerford*, *et al.*, pending in the Supreme Court of New York, New York County (the "**State Court**"), Index No. 651033/2023 (the "**Derivative Action**") and remanding the Derivative Action to State Court; and (ii) pursuant to 11 U.S.C. § 362(d)(1), granting relief from the automatic stay, for cause, to permit continued prosecution of the Derivative Action and a related injunction action styled *Michelle Haruvi, et al. v. Hungerford*, Index No. 653903/2025 (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE**, that the Hearing will be conducted via Zoom for Government. Parties wishing to participate at the Hearing (whether "live" or "listen only") must make an electronic appearance through the "eCourt Appearances" tab on the Court's website (https://www.nysb.uscourts.gov/ecourt-appearances) no later one business day (by 4:00 p.m.) prior to the Hearing. Further information on Judge Bentley's telephonic hearing procedures are in the Court's Chambers' Rules at https://www.nysb.uscourts.gov/content/judge-philip-bentley.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the relief requested in the Motion (an "**Objection**") must be made in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and, in a writing that sets forth the basis for such objection. Any such Objection must be filed electronically with the Court on the Court's electronic case filing system in accordance with and except as provided in General Order M-399 (a copy of which may be viewed on this Court's website at www.nysb.uscourts.gov) and the Court's procedures for the filing, signing and verification of documents by electronic means, and served upon: (i) Katsky Korins LLP, Attention, Steven H. Newman, Esq., 605 Third Avenue, New York, New York 10158, (ii) the Office of the United States Trustee for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Suite 534, New York, New York 10004, (iii) all other parties entitled to notice including parties who have filed a notice of appearance and demand for notice, and (iv) the Chambers of the Honorable Philip Bentley, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, in accordance with Judge Bentley's Chambers' Rules, so as to be actually received by July 21, 2026, 4:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion on which this Notice of Motion is based, including the Declaration of Joanna A. Diakos, together with its exhibits, and the Memorandum of Law in Support of the Motion, may be obtained upon written request of counsel for Michelle Haruvi at the address specified below. The Declaration of Joanna A. Diakos, together with its exhibits, and the Memorandum of Law in Support of the Motion, are

3

also on file with the Clerk of the Court and available for inspection, for a fee, at

https://www.pacer.gov (account required).

**PLEASE TAKE FURTHER NOTICE** that only those Objections that are timely filed, served, and received will be considered at the Hearing. Failure to file a timely Objection may result in entry of a final order granting the Motion as requested without further notice. Parties who timely file Objections are required to attend the Hearing and failure to attend as set forth above may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without further notice other than oral announcement at the Hearing(s) or written posting on the Court's calendar for said date, and/or written entry on the Court's ECF docket.

Dated: New York, New York
July 7, 2026

**KATSKY KORINS LLP**

By: /s/ Steven H. Newman
Steven H. Newman, Esq.
Robert A. Abrams, Esq.
605 Third Avenue
New York, New York 10158
Tel: (212) 953-6000
snewman@katskykorins.com
rabrams@katskykorins.com

*Attorneys for Michelle Haruvi*

4