GWFG Draft 5-12-22

## IRREVOCABLE PROXY AND VOTING AGREEMENT

THIS IRREVOCABLE PROXY AND VOTING AGREEMENT (this "**Agreement**") is made as of May __, 2022, by and among Abe Haruvi, an individual residing at 980 North Lake Way, Palm Beach, Florida 33480 (together with his successors and assigns "**Abe**"), Arthur Haruvi, an individual residing at 240 Riverside Blvd., Apt 23B, New York, NY 10069 (together with his successors and assigns, "**Arthur**"), and Simry Realty Corp., a New York corporation having an office located at 114 East 71st Street, East Suite, New York, New York 10021 ("**Simry**").

WITNESSETH:

WHEREAS, Abe and Arthur are both shareholders in Simry; and

WHEREAS, in exchange for good and valuable consideration, the receipt of which is hereby acknowledged, Abe desires to grant to Arthur an irrevocable proxy pursuant hereto and establish a voting agreement; and

WHEREAS, Abe and Arthur intend that the proxy and voting agreement granted pursuant hereto to be irrevocable without mutual consent and continue indefinitely during the term of this Agreement.

NOW, THEREFORE, in consideration of the mutual promises and covenants herein contained, and for other good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the parties hereto hereby agree as follows:

1.	Irrevocable Proxy. Abe hereby irrevocably constitutes and appoints Arthur, from the date of this Agreement until otherwise terminated by a joint writing executed by each of Abe and Arthur (and/or their respective successors and assigns), as Abe's true and lawful proxy, for and in Abe's name, place and stead, to vote all of Abe's shares in Simry and any and all other equity interests in Simry which Abe, whether directly or indirectly, beneficially or of record, or now owned or hereafter acquired (collectively as "**Abe's Simry Interests**"), with respect to any and all matters.  The foregoing proxy shall include the right to sign Abe's name (as a member of Simry) to any consent, certificate or other document relating to Simry that applicable law may permit or require to cause the Abe's Simry Interests to be voted in accordance with the preceding sentence.  Abe hereby revokes all other proxies and powers of attorney with respect to Abe's Simry Interests that Abe may have appointed or granted.  Abe covenant not give a subsequent proxy or power of attorney (and if given, will not be effective) or enter into any other voting agreement with respect to Abe's Simry Interests.  Abe further expressly acknowledges and agrees that he shall not transfer, assign, gift, pledge or sell any of Abe's Simry Interests without the prior written consent of the other shareholders in Simry.

2.	Voting Agreement. This Agreement shall also constitute a voting agreement pursuant to which Abe agrees that in any circumstance where a vote or act with respect to Abe's Simry Interests is allowed, that all such vote or action shall be performed by Arthur.

3.  Termination. This Agreement shall terminate only by a writing executed by Abe and Arthur (and/or by either of their respective successors or assigns).

4.  Restrictive Legend. Each certificate representing any of Abe's Simry Interests shall be marked by Simry with a legend reading as follows:

"THE MEMBERSHIP INTERESTS EVIDENCED HEREBY ARE SUBJECT TO AN IRREVOCABLE PROXY AGREEMENT (A COPY OF WHICH MAY BE OBTAINED FROM THE ISSUER), AND BY ACCEPTING ANY INTEREST IN SUCH MEMBERSHIP INTERESTS, THE PERSON HOLDING SUCH INTEREST SHALL BE DEEMED TO AGREE TO, AND SHALL BECOME BOUND BY, ALL THE PROVISIONS OF SAID AGREEMENT."

Simry agrees that, during the term of this Agreement, it will not remove, and will not permit to be removed (upon registration of transfer, reissuance or otherwise), the legend from any such certificate, and will place, or cause to be placed, the legend on any new certificate issued to represent any of Abe's Simry Interests theretofore represented by a certificate carrying a legend. Abe shall cause his certificates to be delivered to Arthur to ensure this legend is marked.

5.  Covenant. Abe and Arthur agree that following the date hereof they shall cooperate and use diligent efforts to amend the operative governing documents of Simry, as necessary, to memorialize this irrevocable proxy and voting agreement, and to recapitalize Simry stock into voting and non-voting stock and permanently exchange Abe's Simry Interests for non-voting stock in Simry.

6.  Acknowledgment by Simry. Simry acknowledges the rights, powers and proxies granted herein, including, without limitation, the establishment of the voting agreement and rights and powers thereunder, and hereby agrees that Arthur shall have the sole right during the term of this Agreement to vote Abe's Simry Interests.

7.  Dissenters' or Appraisal Rights. Abe agrees not to exercise any rights of appraisal or any dissenters' rights that Abe may have (whether pursuant to applicable law or otherwise) or any such rights that Abe may potentially have or acquire in the future with respect to Abe's Simry Interests, except as directed by Arthur.

8.  Representations. Each party represent to the other: that he has full power and authority to enter into this Agreement, that execution of this Agreement does not conflict with any other agreement binding on him or Simry, and that this Agreement is binding and enforceable in accordance with its terms.

9.  Miscellaneous.

(a)  Notices. All notices and other communications required or permitted hereunder shall be given to the parties via (i) hand delivery or (ii) overnight courier to the addresses set forth in the introductory paragraph (or such other address that a party shall designate from time to time on not less than five (5) business days' notice; provided that notices

to (a) Abe shall also be sent to D'Agostino, Levine, Landesman, Lederman & Rivera, LLP, 345 Seventh Avenue, 23rd Floor, NY, NY 10001, Attn: Bruce Lederman, Esq.; (b) Arthur shall also be sent to Cole Schotz P.C., 1325 6th Avenue, 19th Floor, NY, NY 10019, Attn: Jordan Metzger.

(b)    Governing Law. This Agreement, and all acts and transactions pursuant hereto, shall be governed, construed and interpreted in accordance with the internal laws of the State of New York, as they apply to contracts entered into, and wholly to be performed within, such state by residents thereof, without giving effect to principles of conflicts of laws.

(c)    Amendment. Except as expressly provided herein, neither this Agreement nor any term hereof may be amended, waived, discharged or terminated other than by a written instrument referencing this Agreement and signed by each of the parties to this Agreement.

(d)    Counterparts. This Agreement may be executed in any number of counterparts, each of which shall be enforceable against the parties actually executing such counterparts, and all of which together shall constitute one instrument.

(e)    Jurisdiction; Venue. With respect to any disputes arising out of or related to this Agreement, the parties consent to the exclusive jurisdiction of, and venue in, the state or federal courts located within the State of New York.

(f)    Recitals Incorporated. The recitals hereof are hereby incorporated by reference into this Agreement, with the same force and effect as if the same were fully set forth herein.

[signature pages follow]

-3-

IN WITNESS WHEREOF, the parties hereto have duly executed this Irrevocable Proxy Agreement as of the day and year first above written.

**ABE:**

_____
Abe Haruvi, Individually

**ARTHUR:**

_____
Arthur Haruvi, Individually

SIMRY REALTY CORP.

By:_____
     Name: Arthur Haruvi
     Title:   Authorized Signatory

55953/0005-43060053v2

IN WITNESS WHEREOF, the parties hereto have duly executed this Irrevocable Proxy Agreement as of the day and year first above written.

**ABE:**

_____
Abe Haruvi

**ARTHUR:**

_____
Arthur Haruvi

**SIMRY REALTY CORP.**

By:_____
Name: Arthur Haruvi
Title: Authorized Signatory

IN WITNESS WHEREOF, the parties hereto have duly executed this Irrevocable Proxy Agreement as of the day and year first above written.

**ABE:**

_____
Abe Haruvi

**ARTHUR:**

_____
Arthur Haruvi

SIMRY REALTY CORP.

By:_____
Name: Arthur Haruvi
Title:  Authorized Signatory