**ABE HARUVI**
980 North Lake Way
Palm Beach, Florida 33480

May __, 2022

Simry Realty Corp.
c/o PH Realty Capital LLC
620 Park Avenue, Suite 175
Rochester, New York 14607

Re:   Resignation of Abe Haruvi

To whom it may concern:

Effective as of the date hereof, the undersigned, Abe Haruvi, hereby resigns from any and all positions as officer, trustee, employee, consultant or director with respect to Simry Realty Corp. The undersigned expressly acknowledges and agrees that from and after the date hereof, the undersigned shall not have any right, title or interest in or to Simry Realty Corp., or be entitled to any compensation or remuneration from Simry Realty Corp.

Respectfully,

Abe Haruvi