**<u>Exhibit D</u>**

This Exhibit Has Been Redacted