**COZEN O'CONNOR**
Frederick E. Schmidt, Jr.
3WTC, 175 Greenwich Street, 55th Floor
New York, New York 10007
(212) 883-4948
eschmidt@cozen.com

*Attorneys for FS RIALTO 2021-FL3 ISSUER, LTD. and FS CREIT FINANCE HOLDINGS LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| Simry Realty Corp., | Case No. 26-11409-PB |
| Debtor. | |

**STATEMENT OF FS RIALTO 2021-FL3 ISSUER, LTD. AND FS CREIT FINANCE HOLDINGS LLC IN CONNECTION WITH MOTION BY MICHELLE HARUVI FOR AN ORDER (I) DISMISSING BANKRUPTCY CASE PURSUANT TO 11 U.S.C. § 1112(b)(1) AND (II) GRANTING RELATED RELIEF**

Each of (i) FS RIALTO 2021-FL3 ISSUER, LTD., an exempted company incorporated with limited liability under the laws of the Cayman Islands ("Midtown West Portfolio Lender") and (ii) FS CREIT FINANCE HOLDINGS LLC, a Delaware limited liability company ("NYC Multifamily Portfolio Lender"; and together with Midtown West Portfolio Lender, individually and collectively as the context requires, "Lender"), as and for its statement (the "Statement") in connection with the *Motion by Michelle Haruvi for an Order (I) Dismissing Bankruptcy Case Pursuant to 11 U.S.C. § 1112(b)(1) and (II) Granting Related Relief*" [ECF # 14] (the "Motion"), respectfully represents as follows:

1. On or about May 13, 2022, Midtown West Portfolio Lender (as ultimate successor-in-interest to FS CREIT Originator LLC ("Original Lender")) made the following loans to 309W54

Owner LLC, 311W54 Owner LLC, 313W54 Owner LLC, 315W54 Owner LLC, 448-452 West 57 Associates, LLC, Uvi Holdings LLC, and 418-424W56 Owner LLC (collectively, the "Midtown West Portfolio Borrowers"): (i) a secured first priority senior loan in the maximum principal amount of $76,062,767.00 (the "Midtown West Senior Loan") and (ii) a secured second priority building loan in the maximum principal amount of $13,437,233.00 (the "Midtown West Building Loan"; and together with the Midtown West Senior Loan, collectively, the "Midtown West Loan").

2. On or about May 13, 2022, NYC Multifamily Portfolio Lender (as ultimate successor-in-interest to Original Lender) made a secured first priority senior loan in the maximum principal amount of $84,109,678.00 (the "NYC Portfolio Loan"; and together with the Midtown West Loan, collectively, the "Loan") to 244W74 Owner LLC, 38W75 Owner LLC, 54W75 Owner LLC, Abart Holdings LLC, 1107 First Ave Owner LLC, 1109 First Ave Owner LLC, 232W74 Owner LLC, 236W74 Owner LLC, and Haruvi Holdings LLC (collectively, the "NYC Portfolio Borrowers"; and together with the Midtown West Portfolio Borrowers, individually and collectively as the context requires, the "Borrower").

3. Each Borrower owns real property which is mortgaged to the applicable Lender in connection with each Loan. Seven of the Borrowers are, upon information and belief, owned directly or indirectly by the above-captioned debtor. The Lender and the Borrower have been actively involved in discussions to modify the Loan and believe that the modification will likely close within the next 10 days.

[signature follows]

Dated: New York, New York
August 18, 2026

COZEN O'CONNOR

By: */s/ Frederick E. Schmidt, Jr.*

Frederick E. Schmidt, Jr.
*Attorneys for FS RIALTO 2021-FL3 ISSUER, LTD. and FS CREIT FINANCE HOLDINGS LLC*
3WTC, 175 Greenwich Street
New York, NY 10007
(212) 883-4900
(646) 588-1552 (fax)
eschmidt@cozen.com