***** Memorandum-Endorsed Order on Next Page *****

Outlook

**RE: Simry Realty Corp. 26-11409-PB**

**From** Abrams, Robert A. <RABRAMS@katskykorins.com>
**Date** Mon 8/31/2026 11:42 AM
**To** NYSBml_Bentley's_Chambers <pb.chambers@nysb.uscourts.gov>
**Cc** sshore@ssrga.com <sshore@ssrga.com>; Andrew W. Albstein <aalbstein@gwfglaw.com>; J. Ted Donovan <tdonovan@gwfglaw.com>; peter@phrealtycapital.com <peter@phrealtycapital.com>; Newman, Steven H. <SNewman@katskykorins.com>; Miller, Neil S. <NMiller@katskykorins.com>; Joanna A. Diakos Kordalis (joanna.diakoskordalis@klgates.com) <joanna.diakoskordalis@klgates.com>; Stewart Wolf <swolf@gwfglaw.com>; Shai Segev <shai@wrenyc.com>; Kevin J. Nash <knash@gwfglaw.com>; Annie Wells <Annie.Wells@usdoj.gov>

**CAUTION - EXTERNAL:**

Dear Judge Bentley –

This firm represents Michelle Haruvi, and we confirm that Michelle Haruvi has consented to extend the date for the Debtor's affiliated SPE entities to file bankruptcy from August 31, 2026 to September 8, 2026, while the parties engage in advanced global settlement discussions. All other dates fixed by the Court's Interim Order dated August 30, 2026 remain unchanged.

Thank you for your consideration and patience while the parties attempt to reach resolution.

Respectfully,

Robert Abrams

Robert A. Abrams, Esq.
Katsky Korins LLP
605 Third Avenue
New York, New York 10158
Telephone: (212) 716-3237
E-Mail: rabrams@katskykorins.com

---

**From:** J. Ted Donovan <tdonovan@gwfglaw.com>
**Sent:** Monday, August 31, 2026 11:31 AM
**To:** NYSBml_Bentley's_Chambers <pb.chambers@nysb.uscourts.gov>
**Cc:** sshore@ssrga.com; Andrew W. Albstein <aalbstein@gwfglaw.com>; peter@phrealtycapital.com; Newman, Steven H. <SNewman@katskykorins.com>; Miller, Neil S. <NMiller@katskykorins.com>; Joanna A. Diakos Kordalis (joanna.diakoskordalis@klgates.com) <joanna.diakoskordalis@klgates.com>; Stewart Wolf <swolf@gwfglaw.com>; Shai Segev <shai@wrenyc.com>; Abrams, Robert A. <RABRAMS@katskykorins.com>; Kevin J. Nash <knash@gwfglaw.com>; Annie Wells <annie.wells@usdoj.gov>
**Subject:** Simry Realty Corp. 26-11409-PB

The parties previously agreed on a briefing schedule, including the requirement that the Debtor's affiliated SPE entities file their own Chapter 11 petitions by today, August 31, 2026, all as set forth in an

Interim Order of this Court dated August 30, 2026 [ECF No. 57]. The parties, all of whose counsel are copied here, have now agreed to extend the filing deadline for the SPE Entities for one week to September 8, 2026. Please advise whether the Court requires the filing of a formal document, such as an amended order or stipulation, to confirm this extension.

Respectfully yours,

J. Ted Donovan

GWFG

J. Ted Donovan, Esq.
Goldberg Weprin Finkel Goldstein LLP
125 Park Avenue, 12th Floor | New York, New York 10017
tdonovan@gwfglaw.com
O: (212) 221-5700 D: (212) 301-6943 M: (516) 757-3123

This message is intended for the sole use of the addressee, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the addressee you are hereby notified that you may not use, copy, disclose, or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete this message.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

==================================================================
This e-mail and any attached file are intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this email in error, please immediately notify the sender and delete this email.
==================================================================

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

***** Memorandum-Endorsed Order *****

The requested extension to September 8, 2026 is granted.

**SO ORDERED.**

Dated: New York, New York
August 31, 2026

/s/ Philip Bentley

Honorable Philip Bentley
United States Bankruptcy Judge