***** Memorandum-Endorsed Order on Next Page *****

**GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP**

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
STEVEN R. UFFNER
KEVIN J. NASH
IRIS A. ALBSTEIN
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH◦
MATTHEW E. HEARLE
AUBREY E. RICCARDI
ANTHONY J. SCHLUR
DANIEL J. SLATZ
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN◦
NEIL I. ALBSTEIN*
ELLIOT FINK
ERICA D. VITANZA*
JARED STEINBERG♦
M. BRIAN CRONK

J. TED DONOVAN
BRIAN W. KEMPER
STEVEN J. FERGUSON
SERGIO J. TUERO*
JAY E. SIMENS
ANDREW C. ST. CYR
SAMUEL KATZ
KELLY A. MOLLOY
ASHLEY M. KOENEN
AMY M. SCOTTO
BENJAMIN P. VANDERHYDEN
MARK A. DOUGLAS
BRYANT P. CHURBUCK

125 PARK AVENUE
12TH FLOOR
NEW YORK, NY 10017
(212) 221-5700
TELECOPIER (212) 730-4518

BARRY E. ZWEIGBAUM
BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
ROBERT F. LINER
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)
HARVEY GOLDSTEIN (1930 – 2025)

* ALSO MEMBER OF NEW JERSEY BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
◦ ALSO MEMBER OF CONNECTICUT BAR
° ALSO MEMBER OF CALIFORNIA BAR
♦ ALSO MEMBER OF OHIO AND PENNSYLVANIA BARS

September 2, 2026

*Via ECF and Email*
Hon. Philip Bentley
U.S. Bankruptcy Court
One Bowling Green
New York, NY 10004

Re: Simry Realty Corp. Case No. 26-11409 (pb)
Haruvi v. Hungerford, et al. Adv. Pro. No. 26-01059

Dear Judge Bentley:

This firm represents the above referenced debtor and we write the Court, with the consent of Michelle Haruvi, following completion of a marathon settlement meeting with Michelle Haruvi, the movant in connection with her pending motions for an order (i) dismissing the debtor's bankruptcy case, and (ii) abstaining and remanding the removed state court action, and vacating the automatic stay (the "Pending Motions"), to advise the Court that the parties have today reached a global settlement in principle, subject to documentation and approval by the Bankruptcy Court in the context of an anticipated plan of reorganization that the debtor intends to file with the Court no later than September 18, 2026.

In light of the settlement in principle and the anticipated filing of a plan and disclosure statement, the parties respectfully request that the Court stay this Court's Interim Order (ECF No. 57), as amended by the Court's Memo Endorsed Order dated August 31, 2026 (ECF No. 59), and extend each of the respective filing deadlines in the bankruptcy proceeding for an additional 14 days respectively. The stay of Your Honor's Interim Order, as amended, will provide the parties sufficient time to document their settlement and file with the Court a plan and disclosure statement without the need to incur any further litigation costs relating to the injunction action and the derivative action.

We thank Your Honor for the Court's continued patience while the parties finalize their settlement.

Respectfully,

/s/ Kevin J. Nash

cc: Steven Newman, Esq. (Via email and ECF filing)
Robert Abrams, Esq. (Via email and ECF filing)
Keith Brandofino, Esq. (Via email and ECF filing)
Annie Wells, Esq. (Via email and ECF filing)
All Other Counsel of Record (Via ECF filing)

***** Memorandum-Endorsed Order *****

The request for a stay of the Interim Order, as amended by the August 31, 2026 Memo Endorsed Order, and for a 14-day extension of each of the pending filing deadlines in this bankruptcy is granted.

**SO ORDERED.**

Dated: New York, New York
September 3, 2026

/s/ Philip Bentley

Honorable Philip Bentley
United States Bankruptcy Judge