***** Memorandum-Endorsed Order on Next Page *****

**GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP**

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
STEVEN R. UFFNER
KEVIN J. NASH
IRIS A. ALBSTEIN
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH○
MATTHEW E. HEARLE
AUBREY E. RICCARDI
ANTHONY J. SCHLUR
DANIEL J. SLATZ
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN○
NEIL I. ALBSTEIN*
ELLIOT FINK
ERICA D. VITANZA*
JARED STEINBERG♦
M. BRIAN CRONK

J. TED DONOVAN
BRIAN W. KEMPER
STEVEN J. FERGUSON
SERGIO J. TUERO°
JAY E. SIMENS
ANDREW C. ST. CYR
SAMUEL KATZ
KELLY A. MOLLOY
ASHLEY M. KOENEN
AMY M. SCOTTO
BENJAMIN P. VANDERHYDEN
MARK A. DOUGLAS
BRYANT P. CHURBUCK

125 PARK AVENUE
12TH FLOOR
NEW YORK, NY 10017
(212) 221-5700
TELECOPIER (212) 730-4518

BARRY E. ZWEIGBAUM
BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
ROBERT F. LINER
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)
HARVEY GOLDSTEIN (1930 – 2025)

* ALSO MEMBER OF NEW JERSEY BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
○ ALSO MEMBER OF CONNECTICUT BAR
° ALSO MEMBER OF CALIFORNIA BAR
♦ ALSO MEMBER OF OHIO AND PENNSYLVANIA BARS

October 2, 2026

Hon. Philip Bentley
United States Bankruptcy Judge
Unites States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re: Simry Realty Corp. Case No. 26-11409 (pb) and
Haruvi v. Hungerford, et al. Adv. Pro. No. 26-01059 (pb)

Dear Judge Bentley:

This firm represents the above referenced Debtor and we write the Court, with the consent of Michelle Haruvi, to respectfully request that the Court memo endorse this letter (i) approving a further continuation of the stay of this Court's Interim Order (ECF No. 57), as amended by the Memo Endorsed Order dated August 31, 2026 (ECF No. 59), as amended by the Memo Endorsed Order dated September 3, 2026 (ECF No. 63), as amended by the Memo Endorsed Order dated September 28, 2026 (ECF No. 67) and extending respective filing deadlines therein.

The parties are still working on documenting their settlement, which will include a consensual plan of reorganization. Given the complexities of the dispute and the structure of the settlement, it has unfortunately taken longer than anticipated to fully document. Besides the bankruptcy attorneys, the process also involves multiple real estate transactional attorneys on both side, and the parties continued their efforts despite my emergency surgery last week. Accordingly, the purpose of this consensual request is to further continue to maintain the status quo while the parties continue to document their proposed global settlement.

For purposes of clarity, the parties request that the deadline for (i) the Debtor's affiliated entities to file bankruptcy petitions be extended to October 9, (ii) the Debtor and the Member Objectants to file supplemental briefing, if any, be extended to October 9, and (iii) Michelle Haruvi to file opposition, if any, to any supplemental briefing be extended to October 30.

In light of the foregoing and revised schedule, we respectfully request that the Court adjourn the following three (3) pending motions that are currently returnable on October 15, 2026 at 2:00 p.m. to either November 4 or November 5, 2026:

(i) Michelle Haruvi's motion for an order (a) dismissing the Debtor's bankruptcy, and (b) granting related relief;

(ii) Michelle Haruvi's motion for an order (a) abstaining and remanding that certain removed derivative action to the State Court, (b) granting Michelle Haruvi relief from the automatic stay to continue the prosecution of such action, and (c) granting related relief; and

(iii) The Debtor's application to retain Goldberg Weprin Finkel Goldstein LLP, as Debtor's bankruptcy counsel.

We thank Your Honor for the Court's continued patience while the parties finalize their settlement.

Respectfully yours,

/s/ Kevin J. Nash

cc: Steven Newman, Esq.
Robert Abrams, Esq.
Keith Brandofino, Esq.
Annie Wells, Esq.
All Other Counsel of Record

***** Memorandum-Endorsed Order *****

The requested extensions of pending deadlines are granted, and the matters currently scheduled to be heard on October 15, 2026 are adjourned to a date to be set by the Court.

**SO ORDERED.**

Dated: New York, New York
October 5, 2026

<u>/s/ Philip Bentley</u>
Honorable Philip Bentley
United States Bankruptcy Judge