Bradford J. Sandler
Robert J. Feinstein
John A. Morris
Jeffrey M. Dine
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Foor
New York, New York 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
E-Mail: bsandler@pszjlaw.com
rfeinstein@pszjlaw.com
jmorris@pszjlaw.com
jdine@pszjlaw.com
*Counsel for Michelle Haruvi*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>SIMRY REALTY CORP,<br><br>Debtor. | Chapter 11<br><br>Case No.: 26-11409 (PB) |

----------------------------------------------------------------------x

| | |
|---|---|
| MICHELLE HARUVI, suing individually and derivatively on behalf of Simry Realty Corp.,<br><br>Plaintiff,<br>-against-<br><br>PETER HUNGERFORD, PH REALTY NY HOLDINGS LLC, ARTHUR HARUVI, ABRAHAM HARUVI, AILEEN HARUVI, GARY PHILLIPS, SHAI SEGEV, 315W54 OWNER LLC, 311W54 OWNER LLC, 309W54 OWNER LLC, 313W54 OWNER LLC, 38W75 OWNER LLC, 244W74 OWNER LLC, 54W75 OWNER LLC, FS CREIT FINANCE HOLDINGS LLC, and JOHN AND JANE DOES 1-10,<br>-and-<br><br>SIMRY REALTY CORP.,<br><br>Nominal Defendant. | Adv. Pro. No.: 26-01059 (PB) |

----------------------------------------------------------------------x

ABRAHAM HARUVI,

Third-Party Plaintiff,

-against-

JADE VENTURE PARTNERS LLC,

Third-Party Defendant.

----------------------------------------------------------------------x

# STIPULATION AND [PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL

It is hereby stipulated among the undersigned counsel as follows:

That pursuant to Rule 2090-1(e) of the Local Bankruptcy Rules for the Southern District of New York, Bradford J. Sandler, Robert J. Feinstein, John A. Morris and Jeffrey M. Dine of Pachulski Stang Ziehl & Jones LLP are hereby substituted for Robert Alan Abrams, Steven H. Newman and Brittany Emily Sherman Gelbs of Katsky Korins LLP (collectively, the "**Withdrawing Counsel**"), as counsel for Michelle Haruvi in both (i) the above-captioned bankruptcy proceeding and (ii) the above-captioned adversary proceeding *Haruvi v. Hungerford et al.* 1:26-ap-01059, and the Withdrawing Counsel are hereby authorized to withdraw, and are deemed withdrawn, as counsel to Michelle Haruvi in both the above-captioned bankruptcy proceeding and the above-captioned adversary proceeding. This Stipulation may be executed in counterparts and a facsimile or an electronic copy shall be deemed an original.

Dated: October 26, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Bradford Sandler*
Bradford J. Sandler
Robert J. Feinstein
John A. Morris
Jeffrey M. Dine
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: (212) 561-7700
E-Mail: bsandler@pszjlaw.com
rfeinstein@pszjlaw.com
jmorris@pszjlaw.com
jdine@pszjlaw.com
*Incoming Counsel for Michelle Haruvi*

Dated: October 26, 2026

KATSKY KORINS LLP

*/s/ Steven Newman*
Robert Alan Abrams
Steven H. Newman
Brittany Emily Sherman Gelbs
605 Third Avenue
New York, New York 10158-6899
Telephone: (212) 716-3237
Email: rabrams@katskykorins.com
snewman@katsykorins.com
bshermangelbs@katskykorins.com
*Withdrawing Counsel for Michelle Haruvi*

**"SO-ORDERED"**

This __ day of October, 2026

____________________________
United States Bankruptcy Judge