***** Memorandum Endorsed Order on Next Page *****

**GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP**

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
STEVEN R. UFFNER
KEVIN J. NASH
IRIS A. ALBSTEIN
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH○
MATTHEW E. HEARLE
AUBREY E. RICCARDI
ANTHONY J. SCHLUR
DANIEL J. SLATZ
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN○
NEIL I. ALBSTEIN*
ELLIOT FINK
ERICA D. VITANZA*
JARED STEINBERG♦
M. BRIAN CRONK

J. TED DONOVAN
BRIAN W. KEMPER
STEVEN J. FERGUSON
SERGIO J. TUERO*
JAY E. SIMENS
ANDREW C. ST. CYR
SAMUEL KATZ
KELLY A. MOLLOY
ASHLEY M. KOENEN
AMY M. SCOTTO
BENJAMIN P. VANDERHYDEN
MARK A. DOUGLAS
BRYANT P. CHURBUCK

**125 PARK AVENUE**
**12TH FLOOR**
**NEW YORK, NY 10017**
**(212) 221-5700**
**TELECOPIER (212) 730-4518**

BARRY E. ZWEIGBAUM
BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
ROBERT F. LINER
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)
HARVEY GOLDSTEIN (1930 – 2025)

* ALSO MEMBER OF NEW JERSEY BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
○ ALSO MEMBER OF CONNECTICUT BAR
° ALSO MEMBER OF CALIFORNIA BAR
♦ ALSO MEMBER OF OHIO AND PENNSYLVANIA BARS

October 28, 2026

*Via ECF Filing and Email*
Hon. Philip Bentley
Unites States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re: Simry Realty Corp. Case No. 26-11409 (pb) and
Adv. Pro. No. 26-01059 (pb)

Dear Judge Bentley:

I want to take this opportunity to update the Court regarding the status of ongoing global settlement negotiations which, hopefully, are drawing near to a successful conclusion. Without getting into specifics, the framework for the settlement includes a cash payment, transfer of certain properties and exchange of other real estate interests. The properties and real estate interests are subject to ongoing due diligence which I believe is also near completion. The terms of the settlement are subject to a long form agreement which has gone through numerous drafts and modifications, and are now being handled by the real estate lawyers on both sides. Although certain real estate components of the settlement have changed, the basic framework remains the same and both sides are working toward conclusion.

We note that there was a substitution of bankruptcy counsel for Michelle Haruvi on Monday, and I was in contact yesterday with new counsel, Bradford J. Sandler, Esq. and John Morris, Esq. of Pachulski Stang Ziehl & Jones LLP, to discuss the contours of a revised timeline for further court proceedings. I also forwarded copies of the last version of a proposed Chapter 11 plan and confirmation order to Mr. Sandler for review.

In the view of the foregoing, the parties are jointly requesting an adjournment of the November 4, 2026 hearing for approximately thirty days' time, with corresponding extensions for the filing of additional papers, if necessary, within that thirty day extension period in the event that a final settlement cannot be reached. I also agreed to further extend Michelle Haruvi's time to file a proof of claim to the extent needed and I imagine there will be a follow up stipulation to that effect.

Should the Court desire it, the parties can appear on November 4 for a status conference to answer any questions that the Court may have.

I fully recognize that the settlement negotiations have been lengthy, but both sides remain hopeful that a final agreement can be signed shortly. If Your Honor is agreeable to the request, I respectfully request that the Court "memo endorse" this letter.

Respectfully yours,

/s/ Kevin J. Nash

cc: Bradford J. Sandler, Esq. *Via ECF Filing and Email*
John Morris, Esq *Via ECF Filing and Email*
Keith Brandofino, Esq. *Via ECF Filing and Email*
Annie Wells, Esq. *Via ECF Filing and Email*
All Other Counsel of Record *Via ECF Filing*

***** Memorandum Endorsed Order*****

The November 4 Zoom hearing will proceed as a status conference, rather than a hearing on the pending motions.

Dated: October 28, 2026
New York, New York

/s/ Philip Bentley
Honorable Philip Bentley
United States Bankruptcy Judge