**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

In re:

SIMRY REALTY CORP,

Debtor.

Chapter 11

Case No.: 26-11409 (PB)

---------------------------------------------------------------------x

MICHELLE HARUVI, suing individually and derivatively on behalf of Simry Realty Corp.,

Plaintiff,

-against-

PETER HUNGERFORD, *et al.*,

-and-

SIMRY REALTY CORP.,

Nominal Defendant.

Adv. Pro. No.: 26-01059 (PB)

---------------------------------------------------------------------x

ABRAHAM HARUVI,

Third-Party Plaintiff,

-against-

JADE VENTURE PARTNERS LLC,

Third-Party Defendant.

---------------------------------------------------------------------x

**STIPULATION AND ORDER APPROVING SUBSTITUTION OF COUNSEL**

It is hereby stipulated among the undersigned counsel as follows:

That pursuant to Rule 2090-1(e) of the Local Bankruptcy Rules for the Southern District of New York, Bradford J. Sandler, Robert J. Feinstein, John A. Morris and Jeffrey M. Dine of Pachulski Stang Ziehl & Jones LLP are hereby substituted for Robert Alan Abrams, Steven H. Newman and Brittany Emily Sherman Gelbs of Katsky Korins LLP (collectively, the "**Withdrawing Counsel**"), as counsel for Michelle Haruvi in both (i) the above-captioned bankruptcy proceeding and (ii) the above-captioned adversary proceeding *Haruvi v. Hungerford et al.* 1:26-

ap-01059, and the Withdrawing Counsel are hereby authorized to withdraw, and are deemed withdrawn, as counsel to Michelle Haruvi in both the above-captioned bankruptcy proceeding and the above-captioned adversary proceeding. This Stipulation may be executed in counterparts and a facsimile or an electronic copy shall be deemed an original.

Dated: October 26, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Bradford Sandler*
Bradford J. Sandler
Robert J. Feinstein
John A. Morris
Jeffrey M. Dine
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: (212) 561-7700
E-Mail: bsandler@pszjlaw.com
rfeinstein@pszjlaw.com
jmorris@pszjlaw.com
jdine@pszjlaw.com
*Incoming Counsel for Michelle Haruvi*

Dated: October 26, 2026

KATSKY KORINS LLP

*/s/ Steven Newman*
Robert Alan Abrams
Steven H. Newman
Brittany Emily Sherman Gelbs
605 Third Avenue
New York, New York 10158-6899
Telephone: (212) 716-3237
Email: rabrams@katskykorins.com
snewman@katsykorins.com
bshermangelbs@katskykorins.com
*Withdrawing Counsel for Michelle Haruvi*

**"SO-ORDERED"**

This 27th day of October, 2026

/s/ Philip Bentley
Honorable Philip Bentley
United States Bankruptcy Judge