UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| SIMRY REALTY CORP, | Case No.: 26-11409 (PB) |
| Debtor. | Related to ECF 57 |

----------------------------------------------------------------------x

# AMENDED SCHEDULING ORDER

**WHEREAS,** this Court previously entered an Interim Order dated August 30, 2026 [ECF No. 57], providing *inter alia* deadlines for the filing of petitions by the SPEs[1] and the submission of additional briefing concerning the pending motions filed by Michelle Haruvi ("Michelle") for dismissal of the Chapter 11 case (the "Dismissal Motion") and abstention and remand with respect to the removed adversary proceeding (the "Remand Action"); and

**WHEREAS**, the deadlines under the Interim Order were extended from time to time pursuant to Letter Endorsements and in-Court extensions; and

**WHEREAS**, the parties convened for a further conference before the Court on November 11, 2026 at which time a revised briefing schedule was fixed as memorialized herein;

**NOW THEREFORE, in view of all of the foregoing, IT IS HEREBY**

**ORDERED**, that to the extent that the Debtor wishes the Court to consider the impact of the Simry SPE entities in connection with the Dismissal Motion and the Remand Motion, the SPEs must file with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), no later than November 23, 2026, (i) their own respective bankruptcy petitions (and designate each such case as a case related to the Debtor's case), and (ii) copies of

[1] All terms defined in the Interim Order shall have the same meaning for purposes of this Supplemental Order.

all loan/mortgage modification agreements (in their entireties and with all exhibits thereto) regarding the Simry Realty Properties (as defined in the Dismissal Motion) and the Haruvi Portfolio (as defined in the Dismissal Motion); and it is further

**ORDERED**, that the Debtor and the Member Objectants' may file a supplemental brief in opposition to the Dismissal Motion and/or the Remand Motion on or before December 4, 2026 addressing the issues identified by the Court under the Interim Order; and it is further

**ORDERED**, that Michelle may file supplemental briefs in further support of the Dismissal Motion and/or the Remand Motion and in opposition to any supplemental briefing filed by the Debtor and/or the Member Objectants on or before December 28, 2026; and it is further

**ORDERED**, that the Court shall schedule in-person oral arguments upon completion of all briefing as provided above.

Dated: New York, NY
November 18, 2026

/s/ Philip Bentley
Hon. Philip Bentley
United States Bankruptcy Judge