PACHULSKI STANG ZIEHL & JONES

***Memorandum-Endorsed Order on Final Page***

Bradford J. Sandler

215.266.8904
bsandler@pszjlaw.com

November 20, 2026

LOS ANGELES
10100 SANTA MONICA BLVD. 13TH FL.
LOS ANGELES, CALIFORNIA 90067-4003
310.277.6910

NEW YORK
1700 BROADWAY, 36TH FL.
NEW YORK, NEW YORK 10019
212.561.7700

WILMINGTON
919 NORTH MARKET STREET, 17TH FLOOR,
P.O. BOX 8705
WILMINGTON, DELAWARE 19899-8705
302.652.4100

HOUSTON
700 LOUISIANA STREET, STE. 4500
HOUSTON, TEXAS 77002
713.691.9385

SAN FRANCISCO
ONE SANSOME STREET, 34TH FL. STE. 3430
SAN FRANCISCO, CALIFORNIA 94104
415.263.7000

***Via* ECF Filing and Email**

Hon. Philip Bentley
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

**Re: Simry Realty Corp. Case No. 26-11409 and Adv. Pro. No. 26-01059**

Dear Judge Bentley:

We represent Michelle Haruvi and write on her behalf. As Your Honor knows, the parties met to discuss settlement in the Courthouse this past Tuesday from 9:30 a.m. until roughly 7:00 p.m. (the "Settlement Conference"). The Settlement Conference was constructive, although an agreement was not reached. Since then, the parties have continued negotiating in good faith, narrowed their differences, and appear substantially close to a settlement. But we need just a bit more time to compete the negotiations and document the complex settlement, which already is over 46 pages long with more than 30 exhibits.

Thus, the parties would like to concentrate this weekend on the settlement, rather than complying with the impending deadlines required in the Amended Scheduling Order at Docket No. 88. Accordingly, Ms. Haruvi, the Debtor, and the Defendants in the above-referenced adversary proceeding, jointly request that the Court extend the dates in its Amended Scheduling Order at Docket No. 88 to the following: the date in the (i) first decretal paragraph to December 7, 2026; (ii) second decretal paragraph to December 18, 2026; and (iii) third decretal paragraph to January 11, 2027.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]

The parties are available at the convenience of the Court. In the interim, if Your Honor is agreeable to this joint request, we respectfully request that the Court "memo endorse" this letter.

Respectfully yours,

/s/ Bradford J. Sandler

Bradford J. Sandler

| | | |
|---|---|---|
| cc: | Kevin J. Nash, Esq. | *Via* ECF Filing and Email |
| | Keith Brandofino, Esq. | *Via* ECF Filing and Email |
| | Annie Wells, Esq. | *Via* ECF Filing and Email |
| | Joanna Diakos Kordalis, Esq. | *Via* ECF Filing and Email |
| | Jennifer Gonzalez, Esq. | *Via* ECF Filing and Email |
| | Brian Rich, Esq. | *Via* Email |
| | All Other Counsel of Record | *Via* ECF Filing |

****Memorandum-Endorsed Order*****

**The requested extension is approved.**

Dated: November 20, 2026
New York, NY

/s/ Philip Bentley
Honorable Philip Bentley
United States Bankruptcy Judge